| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | COLLEEN MARTIN |
|   | Assistant Federal Public Defender |
| 3 | 555 - 12th Street |
|   | Suite 650 |
| 4 | Oakland, CA 94607-3627 |
|   | Telephone: (510) 637-3500 |
| 5 | |
|   | Counsel for Defendant GLORIA GIANNINI |
| 6 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 02-40039 CW (DMR) | |
| | ) | | |
| Plaintiff, | ) | **STIPULATION** | |
| | ) | | |
| vs. | ) | | |
| | ) | | |
| GLORIA GIANNINI, | ) | | |
| | ) | | |
| Defendants. | ) | | |
| _____ | ) | | |

The above-captioned matter is set on the criminal duty calendar for Wednesday, July 21, 2010 for status regarding the pending supervised release violation. The parties jointly request that the appearance be vacated and reset for Wednesday, July 28, 2010. This continuance is necessary because counsel for Ms. Giannini has a family emergency and will be out of town.

Counsel for Ms. Giannini has informed U.S. Probation Officer Mark Unalp of the requested continuance. The Speedy Trial Act is not implicated because this is a supervised release matter.

DATED: July 16, 2010                                                   /S/
                                                                              JAMES MANN
                                                                              Assistant United States Attorney

U.S. v Giannini., CR 02-40039 CW
STIPULATION and ORDER                              1

1  DATED: July 16, 2010                                /S/
                                                COLLEEN MARTIN
2                                               Assistant Federal Public Defender

3
                            SIGNATURE ATTESTATION
4
   I hereby attest that I have on file all holograph signatures for any signatures
5
   indicated by a "conformed" signature (/S/) within this e-filed document.
6

7

8

9
                                    **ORDER**
10
   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference
11
   date in this case, currently scheduled for Wednesday, July 21, 2010 at 10:00 a.m., is continued to
12
   Wednesday, July 28, 2010, at 10:00 a.m.
13
       SO ORDERED.
14
   DATED:   7/19/10
15

16

17                                              _____
                                                DONNA M. RYU
18                                              United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Donna M. Ryu]

U.S. v Giannini.,  CR 02-40039 CW
STIPULATION and ORDER                    2