IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>GLORIA ENANDER GIANNINI,<br><br>    Defendant.<br>_____/ | No. 02-40039-01 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT'S ADMISSION OF THE VIOLATIONS OF THE TERMS AND CONDITIONS OF SUPERVISED RELEASE |

The Court has reviewed Magistrate Judge Beeler's Report and Recommendation Regarding Defendant's Admission of the Violations of the Terms and Conditions of Supervised Release and adopts the Recommendation in every respect. Accordingly,

Defendant Gloria Enander Giannini's admission of the violations is accepted by the Court as to charge (1)one of the Petition for Arrest Warrant for Offender Under Supervision filed on August 23, 2007 charging Defendant Gloria Enander Giannini with violating a federal, state, or local laws. Sentencing is set for 10/16/2010 at 2:00 p.m. The U.S. Probation Office shall prepare a sentencing memorandum and disclose said memorandum to the government and defense counsel.

Dated: 9/28/2010

_____
CLAUDIA WILKEN
United States District Judge

cc: LB, Sue