UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>GLORIA ENANDER GIANNINI,<br><br>    Defendant. | **No. 02-CR-40039 CW**<br><br>**UNSEALING ORDER** |

Good cause appearing therefor, it is hereby ordered that the sealed presentence investigation report pertaining to Gloria Enander Giannini be unsealed for the limited purposes of allowing the government to obtain a copy of the document from the United States Probation Office files, providing a copy under seal to the Ninth Circuit Court of Appeals in C.A. No. 10-10474, and providing a copy to the defendant's appellate counsel. The document will then be resealed and remain under seal until further notice.

DATED: **June 21**, 2011

_____
CLAUDIA WILKEN
United States District Judge