IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLORIA GIANNINI,                     No. CV 13-02308 CW
                                                     CR 02-40039 CW
    Movant,

  v.                                             ORDER TO SHOW
                                                  CAUSE ON 28 U.S.C.
UNITED STATES OF AMERICA,           § 2255 MOTION

    Respondent.
_____/

    Movant, a federal prisoner currently incarcerated at the Federal Correctional Institution in Dublin, California, filed this motion under 28 U.S.C. § 2255 to correct her sentence. The Court hereby issues the following orders:

    1.    The Clerk of the Court shall serve a copy of this Order and the motion and all attachments thereto upon Respondent and Respondent's attorney, the United States Attorney. The Clerk shall also serve a copy of this Order on Movant.

    2.    Respondent shall file with this Court and serve upon Movant, within thirty (30) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2255 Cases, 28 U.S.C. foll. § 2255.

    3.    If Movant wishes to respond to the answer, she shall do so by filing a traverse with the Court and serving it

upon Respondent within thirty (30) days of his receipt of the answer.

IT IS SO ORDERED.

Dated: 9/3/2013



CLAUDIA WILKEN
United States District Judge