IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>GLORIA GIANNINI,<br><br>    Defendant.<br>_____/ | No.  CR 02-40039 CW<br><br>ORDER DENYING MOTION<br>FOR NEW TRIAL<br><br>(Docket No. 104) |

   On August 23, 2007, the Probation Office filed a Form 12 in this case. On September 9, 2010, Movant admitted to the single charge in the Form 12, that she violated California Penal Code section 476a by writing a check dated September 11, 2006, for $76,500, that was returned for insufficient funds on September 27, 2006. On October 12, 2010, Movant filed a notice of appeal of the Court's sentence. The Ninth Circuit denied the appeal on October 25, 2011, and its formal mandate issued on October 25, 2011. Defendant filed a motion under 28 U.S.C. § 2255 to vacate, set aside or correct her sentence on May 21, 2013.  The Court denied that motion, finding that it was not timely filed.  See Docket No. 102.

   Defendant has now filed a motion for new trial.  As the government argues, although Defendant styles her motion as a motion for a new trial, it is actually a successive § 2255 motion, citing the same evidence and raising the same arguments as in her untimely § 2255 motion.  Defendant is not entitled to file a

successive § 2255 motion.  Under 28 U.S.C. § 2255(h) and 28 U.S.C. § 2244(b)(3), a movant must obtain authorization from the appropriate appellate court before filing a second or successive § 2255 motion.  Moreover, the appellate court must certify that the motion contains (1) newly discovered information that would establish by clear and convincing evidence that the movant is not guilty of the offense, or (2) a new constitutional rule made retroactive to cases on collateral review by the United States Supreme Court, that was previously unavailable.  Although Movant argues that she has newly discovered evidence to support her motion, the letter upon which she relies was actually sent to both Movant and her attorney while her appeal was pending before the Ninth Circuit.

   Accordingly, the Court denies the motion for a new trial. Docket No. 104.

   IT IS SO ORDERED.

Dated: December 10, 2015

CLAUDIA WILKEN
United States District Judge